# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br>                Plaintiff(s),<br>vs.<br>SFR INVESTMENTS POOL I, LLC, et al.,<br>                Defendant(s). | Case No. 2:15-cv-01097-GMN-NJK<br><br>ORDER<br><br>(Docket No. 16) |

Pending before the Court is a motion for protective order regarding a Rule 30(b)(6) deposition scheduled for January 8, 2016. Docket No. 16. The papers indicate that the parties' positions regarding the disputed issues may be altered once certain discovery is served on December 14, 2015. *See, e.g.*, Docket No. 16-1 at ¶ 5. As such, the pending motion is **DENIED** without prejudice. The parties are **ORDERED** to further confer following service of the identified discovery. If the parties are unable to resolve among themselves the dispute concerning the Rule 30(b)(6) deposition, then Plaintiff may renew its motion for protective order no later than December 17, 2015. Any response shall be filed no later than December 21, 2015, and any reply shall be filed no later than December 23, 2015.

IT IS SO ORDERED.

Dated: December 10, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge