# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> SFR INVESTMENTS POOL 1, LLC, et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:15-cv-01097-GMN-NJK <br><br> ORDER DENYING STIPULATION TO EXTEND <br><br> (Docket No. 18) |

Pending before the Court is a stipulation to extend the deadline for rebuttal experts, filed on December 15, 2015. Docket No. 18. The stipulation is defective in at least the following ways:

- Stipulations to extend discovery deadlines must specify the discovery completed, Local Rule 26-4(a);
- Stipulations to extend discovery deadlines must provide a statement of the discovery to be completed, Local Rule 26-4(b);
- Stipulations to extend discovery deadlines must specify the reasons why the deadline was not met, Local Rule 26-4(c);
- Stipulations to extend discovery deadlines must establish good cause for the extension sought, Local Rule 26-4;
- Stipulations to extend discovery deadlines must be filed at least 21 days before expiration of the subject deadline for which extension has been sought and any untimely request must establish excusable neglect, Local Rule 26-4.

For each of these reasons, the stipulation is hereby **DENIED**. Counsel for all parties are urged to familiarize themselves with the Local Rules of this Court.

IT IS SO ORDERED.

DATED: December 16, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

2