DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JESSE RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
jesse.ransom@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL I, LLC; ALTURAS AT MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-01097-GMN-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT [ECF NO. 64 AND 65]** <br><br> **FIRST REQUEST** |
| AND RELATED COUNTERCLAIMS | |

Bank of America, N.A. (**BANA**) and SFR Investments Pool 1, LLC (**SFR**) respectfully submit the following stipulation to allow BANA seven additional days to respond to SFR's renewed motion for summary judgment, ECF No. 65:

BANA filed its motion for summary judgment on November 13, 2017. (ECF No. 64.) SFR filed its renewed motion for summary judgment on November 13, 2017. (ECF No. 65.) Both parties deadline to respond to each other's motions is December 4, 2017. L.R. 7-2(d).

The parties stipulate to extending the response deadlines by seven days, to December 11, 2017, to allow the parties additional time to more fully review the points and authorities raised in each other's motions for summary judgment.

///

///

1

43533292;1
43533292;1

This is the parties' first request for an extension, and is not made to cause delay or prejudice to any party.

Dated this the 4th day of December, 2017.

**AKERMAN LLP**

 */s/ Jesse Ransom*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JESSE RANSOM, ESQ.
Nevada Bar No. 13565
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for plaintiff, Bank of America, N.A.*

Dated this the 4th day of December, 2017.

**KIM GILBERT EBRON**

 */s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant and counterclaimant, SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Dated this  21  day of December, 2017.

43533292;1
43533292;1