Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:15-cv-01097-GMN-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC, ALTURAS AT MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-C, inclusive, | |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter-Claimant, | |
| vs. | |
| BANK OF AMERICA, N.A., a national association, | |
| Counter-Defendant/Cross-Defendant. | |

SFR Investments Pool 1, LLC ("SFR") and BANK OF AMERICA, N.A's. ("Bank"), by and through their respective counsel of record, hereby stipulate as follows:

1. The Bank filed its Motion for Summary Judgment on November 13, 2017. [ECF No. 64].

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

2. SFR filed its Renewed Motion for Summary Judgment on November 13, 2017. [ECF No. 65].

3. The Bank filed its Opposition to SFR's MSJ on December 11, 2017. [ECF No. 67].

4. SFR filed its Opposition to the Bank's MSJ on December 11, 2017. [ECF No. 68].

5. The Bank recently filed an errata to correct an exhibit within its MSJ that could be material to the arguments. [ECF No. 70].

6. Based thereon, the parties hereby stipulate and agree that any replies in support of the Bank's MSJ [ECF No. 64] and SFR's MSJ [ECF No. 65] be filed on or before January 2, 2018.

7. This is the first request for an extension of these deadlines and it is not made for the purposes of delay. The additional time requested is to allow counsel to meaningfully respond to the arguments raised in each motion.

| DATED this __22nd__ day of December, 2017. | DATED this __22nd__ day of December, 2017. |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN LLP** |
| _/s/ Jacqueline A. Gilbert_ | _/s/ Jesse Ransom_ |
| Diana S. Ebron, Esq. | Darren Brenner, Esq. |
| Nevada Bar No. 10580 | Nevada Bar No. 8386 |
| Jacqueline A. Gilbert, Esq. | Jesse Ransom, Esq. |
| Nevada Bar No. 10593 | Nevada Bar No. 13565 |
| Karen L. Hanks, Esq. | 1635 Village Center Drive, Suite 200 |
| Nevada Bar No. 9578 | Las Vegas, Nevada 89134 |
| 7625 Dean Martin Drive, Suite 110 | _Attorney for Plaintiff_ |
| Las Vegas, Nevada 89139-5974 | |
| _Attorney for Defendant/Counterclaimant,_ | |
| _SFR Investments Pool 1, LLC_ | |

## <u>ORDER</u>

**IT IS SO ORDERED.**

Dated this __27__ day of December, 2017.  _____

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT