MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC; ALTURAS AT MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01097-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national association,<br><br>Counter-Defendant. | |

Plaintiff/Counter-Defendant Bank of America, N.A. and Defendant/Counter-Claimant SFR Investments Pool 1, LLC, by and through their respective counsel of record, hereby stipulate and agree to the dismissal of the remaining claims in this action between the parties with prejudice.

…

…

63412188;1

Each party shall bear their own attorney's fees, prejudgment interest, and costs of suit associated with this dismissal. The court may close this case.

| Dated this 9th day of May, 2022. | Dated this 9th day of May, 2022. |
|---|---|
| AKERMAN LLP | HANKS LAW GROUP |
| /s/ Melanie D. Morgan | /s/ Chantel M. Schimming |
| MELANIE D. MORGAN, ESQ<br>Nevada Bar No. 8215<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorney for Bank of America, N.A.* | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

Dated this   9   day of May, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT