KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC; ALTURAS AT MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01097-GMN-NJK<br><br>**SUBSTITUTION OF COUNSEL** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national association,<br><br>Counter-Defendant. | |

SFR Investments Pool 1, LLC authorizes and consents to the substitution of the law firm, Hanks Law Group, including Karen L Hanks, Esq. and Chantel M. Schimming, Esq. as its counsel in the place and stead of the law firm of Kim Gilbert Ebron, including Diana S. Ebron,

- 1 -

Esq., Jacqueline A. Gilbert, Esq. and Howard C. Kim, Esq. in the above-entitled matter.

DATED this 9th day of May, 2022.

**SFR INVESTMENTS POOL 1, LLC**

/s/ Christopher J. Hardin

*Its: Manager*

The law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert, Esq. and Howard C. Kim, Esq., hereby consent to the substitution as counsel of record for SFR Investments Pool 1, LLC, in the place and stead of Karen L. Hanks, Esq. and Chantel M. Schimming, Esq. of Hanks Law Group in the above-entitled matter.

DATED this 9th day of May, 2022.

**KIM GILBERT EBRON**

/s/Diana S. Ebron
DIANA S. EBRON, ESQ.
NEVADA BAR NO. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

The Hanks Law Group, including Karen L. Hanks, Esq. and Chantel M. Schimming, Esq. hereby consent to their substitution as counsel of record for SFR Investments Pool 1, LLC in the place and stead of the law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert and Howard Kim, Esq. in the above-entitled matter.

DATED this 9th day of May, 2022.

**HANKS LAW GROUP**

IT IS SO ORDERED.
Dated: May 10, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

/s/ Karen L. Hanks
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*